

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig Duke, an individual, on behalf of himself and all others similarly situated | Civil Action No. 22CV0436-DMS-WVG |
| **Plaintiff,** | |
| **V.** | |
| JPMorgan Chase Bank, National Association a United States Corporation; JPMorgan Chase & Co., a Delaware Corporation; Does 1 to 50 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This case is dismissed without prejudice.

Date: _____7/26/23_____

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Petersen
_____

J. Petersen, Deputy